42 U.S.C.S §1983    United States District Court.

for the
District of

FILED - USDC - NDTX - AB
JAN 24 2025 AM10:47

1:25-cv-011-H

Victor Antonio Coca
 #22493031
  Plaintiff(s).          V.S

"Witnesses"

Correctional officer Collier
Registered Nurse Nuner
Correctional officer Lt. Garcia.
Correctional officer CPT McBay.
Area Investigator officer De Los Santos
La Salle Private owner
      Defendant(s).

Correctional officer Hines
Correctional officer Anderson
Correctional officer Aranvio
Jose Antonio Gonzalez #2024090074
Adam Trevino #2024080088
Jose Luis Dominguez 2024080066
Anthony Benjamin Flores #2022098218
Andre Harris #2024090076
Samuel Caballero Porches #2024080072

Complaint for Civil Case.

I  Parties to this Complaint.

   A. the Plaintiff
"Phone number"
#432-352-8004
   "Adress"

Victor Antonio Coca #22493031.
   Eden deTention Center
   P.O. Box 1617
   Eden Texas, 76837

   B. Defendant(s). No 1.

"Phone number"
#940-864-6200
   "Adress"
   118 County. Rd 206
   Haskell Texas, 79521

Collier
Correctional officer

Pg 1   of 10

Defendant #2    Mrs. Nunez.
"Phone number"    Registered Nurse.
# 940-864-6200

        "Adress"
    118 County. Rd 206
    Haskell Texas, 79521

Defendant #3    Garcia.
"Phone number"    Correctional Officer Luetinant.
#  940-864-6200
        "Adress"
    118 County. Rd 206
    Haskell Texas, 79521

Defendant #4    McBay
"Phone number"    Correctional officer Captain.
# 940-864-6200
        "Adress"
    118 County. Rd 206
    Haskell Texas, 79521

Defendant #5    De Los Santos
"Phone number"    Prea Investigator
940-864-6200
        "Adress"
    118 County. Rd 206
    Haskell Texas, 79521

Defendant #6    Lassale Correctional Private owner.
    118 County. Rd 206
    Haskell Texas, 79521

## II. Basis For Jurisdiction

· Federal Question.

A.

Violation of my 8th Ammendment.
Sexual Assault / Sexual Harrassment.
Neglient acts of a Federal Agent(s) of the United States.
Neglection of my Due Process.

B.

1). Victor Antonio Cuca is a Citizen of the State of Texas.

2) The Defendant(s).

Correctional Officer Collier is a citizen of the State of Texas.

Registered Nurse Nunez is a Citizen of the State of Texas.

Correctional officer Lt Garcia is a citizen of State of Texas,

Correctional officer CPT Mcbay is a citizen of the State of Texas.

Correctional Officer Prea Investigator

De Los Santos is a Citizen of the State Of Texas.

3. The Amount in Controversy.

Criminal Prosecution.
Monetary Relief.

III    Statement of Claim.

On October 6 2024 at 8:00am at the Rolling Plains Detention Center. Correctional officer Collier was Conducting a normal Procedure Pat Search on me, Victor Antonio Coca. During the Pat Search officer Collier Was Causing Stating "I will Slap Your ass". I did not respond to his Comment. After officer Collier Completed his Pat Search, he then Slapped me on my buttocks with enough force, the Socks hanging over my shoulder had fell off my Shoulders to the floor. I asked him "Why You do that?" Officer Collier replied "I Slap Your ass again, get to Rec." I was humiliated, ashamed, betrayed, and embarrassed, Fearing for my Life cause Agents of the United States Committing these types of Acts. I then Immediatly attempted to report innodent 1st to Nurse Mrs. Nunez in which she asked me to Step Closer to her Just for Mrs. Nunez to be able to reach over her cart and remove a Pen I had in my front Pocket Stating "You are not Suppose to have this type of Pen, I'm going to write You up" Nurse. Mrs. Nunez Clearly dis-regarded my Safety, and well being by ignoring my attempts to report a Prea violation that was Committed by officer Collier.

On October 1, 2024, after I attempted to report Prea: Sexual assault to nurse Nunez. Shortly after, Correctional officer Collier exited B Side door appearing real angry and aggresive, looking around. Once he seen me he hurried to me stating " I know I shouldn't have slap you on your ass I wont do it again" I told him I was still reporting the Prea violations. Officer Collier then stated " I will have you placed in the Shu and make your time here at Rollins plains a living hell". After he made his statement he turn around and walk back to the building. Not only did he threat I have Report he falsly written in attempts to silence me.

On October 6 2024 Shortly after recreation was

over, I still was not able to receive any help. As I was
heading back to my assigned cell, we seen and stop to
report innocent to Lt. Garcia. Lt Garcia advised me that he
was already aware of the situation, that he would call for me
to neutralize the situation. Lt Garcia never called for me nor
did he come speak to me. I kept asking and seeking help. I
then asked Correctional officer Anderson if she had reported
the Prea Sexual Assault, being she was with Nurse Nunez
and heard my attempts to report the Sexual Assault. She
stated that she did report innocent and that Lt Garcia response
was after he passed out the inmate food trays and cleared
inmate count, that he would be pulling me out to speak to me.
Lt Garcia lied to me showing a disregard of my safety and
well being. I then attempted to report the Prea Violation to
Correctional officer Aravalo who was assigned to work A12
dorm. Officer Aravalo stated he already advised Lt. Garcia,
that he done his Job, there was no more he could do to help
me. I received similar response from officer Anderson as well.
I had called every number that was posted through out the
Rolling Plains Detention Center to report any Prea Violations
but once was I able to speak to anyone. Zero tolerance was
suppose to be the case, but I realized that I would not be
getting help, so I then contacted my family and reported the
innocent.

On October 7, 2024 25 hours after the Sexual
assault, I was finally was called to the Supervisor office.
When i entered correctional officer LT Garcia told me to have a
Seat. Lt Garcia told me to write a Statement in
which I complied.    Lt Garcia

Tell me to go back to my dorm, that he will investigate the incident. No investigation took place, instead they tried to silence me, as well as cover up the sexual assault committed by his staff.

On October 9 2024 I was called to the Captains office, concerning a Disciplinary report for failure to produce Identification during a Inmate Count. After reviewing Camera footage, she stated I was guilty of the disciplinary report. I Victor Antonio Coca asked Captin McBay if she could please replay video. She did replay video and I was able to point out when I did produce my Identification card. CPT McBay then states that I was correct, and that the Disciplinary report would be thrown out and dismissed. CPT. McBay stated "Sometimes I make mistakes Mr. Coca and there was another disciplinary report against You". CPT McBay said I would only get a verbal reprimant for extortion and blackmailing. I asked Captin McBay to run a hearing on this case, cause this was evidence showing how Correctional officer Culber tried to silence me and intimidate me. Captin McBay said she was not going to run a hearing for Disciplinary report, that was final for me to get out of her office. I then advised CPT.

McBay of the Prea violation that her officer, Officer Culber committed, that how was she going to run a hearing for a minor Infraction Such as failure to produce Identification, but refuse a hearing for a major Infraction, Such as Extortion, and blackmailing. I told her that she was also trying to cover up a Sexual assault committed by her Staff. She told another Correctional officer to escort me back to my dorm, she was done

Pg 7 of 10

me. I clearly shown of discrimination, obstruction of Justice
and failure of my Due Process, Inmates are not viewed as humans
even though we are. Nobody is above the law, not even Agents
of the United States.

   On October 11, 2024 Correctional officer, Prea
Cordenador De Los Santos advised me that my Prea claim
was un-substantial. She failed to fully Investigate. Showing
discrimination by dismissing my claim as well as attempt
to cover up the Sexual assault and Sexual harrasment
Committed by officer Collier. I also informed Prea Cordonador
De Los Santos that I had spoken to Correctional officer
Hines, I asked officer Hines if he would be a witness to
the Sexual assault committed by officer Collier? He stated
he did not see the assault take place by officer Collier but
officer Hines did state he did hear officer Collier state
that he would "slap my ass again". Prea Cordonador stated
She will follow up on this report and speak to officer
Hines. appearing to become nervous and had me go back
to the gym cause it was my dorm recreation time. Cameras
will confirm my every movement. Shortly after I was sent
back to the gym, I was called back to speak to Prea
Cordonador De Los Santos, and she stated that she spoke
to Correctional officer Hines, She reported that officer Hines
said he heard Correctional officer Collier state that he
would slap Coca on the ass. that he did not hear
officer Collier state that "he would slap my ass again".
then Prea Cordonador attempted to change Subject quick,
by asking me "what do you have to say about the

retaliation. I started to the Area Coordinator De Los Santos your not doing your Job, all you all keep trying to do is Cover up your staffs Sexual assault. I also asked for all the evidence pertaining officer Culver Sexual assault that happen october 6 2024, Area Coordinator De Los Santos Stated that I would need the courts to scive a subena beins real aggresive. She then asked me who I had a Problem with? I Stated officer Culver, Nurse Nunez, Lt Garcia, Captain McBay, De Los Santos, and La Salle corrections Private owner. I told De Los Santos She thinks im going to be quite, that she was wrong, I will Contact my family and seek for attorney concerning this Area case, also on how they La Salle corrections failed to Investigate Properly this Area act, Instead the La Salle Corrections attempted to silence me and Cover up this criminal Act. De Los Santos Stated "Cut the bullshit, You and I both know this case was all the way handle wrong" I Laughed and Informed her, "I no longer wanted to Speak to her "without an attorney Prescent". and was escorted back to my Cell. De Los Santos displayed, discrimination, failure of Due Process, Obstruction of Justice, due to Conflict of Intrest by attempting to manipulate the Investigation, Covering up for her officer instead of handling this investigation Professionally).

IV. Relief.

Ive Suffered Psycological damage, which inflicted Emotional trauma, which cause me to have sleeping disorder. Im Seeking Monetary Damage and Criminal Prosecution for Sexual assault, Obstruction of Justice, and Disccrimination due to me being a Inmate.

V. Certification and Closing.

A. For Parties without an attorney.

1 agree to Provide the Clerk's office with any Change to address where case-related Papers may be Served. I Understand that my failure to keep a current address on file the Clerk's office may result in the dismissal of my Case.

Date of Signing: 12-30-2024

Signature of Plaintiff _____

Printed name of Plaintiff  VICTOR ANTONIO COCA

January 3, 2025

Lisa Brown



LISA BROWN
Notary Public, State of Texas
Comm. Expires 01-26-2027
Notary ID 134168675

To The District Court    42 U.S.C.S. §.1983

When I Victor Antonio Coca, was Sexaality assaulted and Sexuality harassed by Correctional officer Collier for satisfaction of his Personal Sexual desires, at the Rolling Plains Detention Center. located in Haskell Texas, I did not recieve any help or relief, only retaliation by the agressor Correctional officer Collier. If I or any normal citizen of the United States would have Committed Such Criminal Act. Any one of us would have already been Charged. and facing Prosecution. Officer Collier is a Sexual Predator, and should not be free from Prosecution. I followed every Procedure to it's designated nature. The only actions taken by Rolling Plains staff, was to silence me, and attempts to cover his crimmal behavior, followed by me getting transferred to (2) diffrent facilities. The Prea Compliance Investagator officer at the Rolling Plain Detention Center, De Los Santos falsly stated that my Complaint was unsastantional, after all evedince, include the camera systemm shawing all accusations to be factual. I was then transferred to CJC Pecos facility in Pecos Texas, October 17, 2024. 11 days after complaint occured. Due to the Complaint I was transferred then to Eden Tx core Civic in Eden Texas October 28, 2024 I was only traasferred to Eden. Because while at CJC Pecos facility, I continued to attempt to Report assault, and the CJC facility advised me they Couldnt assist me on this Complaint. CJC facility then notified the marshals and had me transferred to Eden Detention Center I have exuasted all my remedies. I've filled out grievances both at Rolling Plains Detention Center and Eden Detention

Detention Center, and continued to be told that nothing can be done. Every statement in this report is factual. Camera footage is a undeniable evidence for my every movement that occured. evidence that can not be denied. Prea help was suppose to be the case, but the court will witness that in this case. Prea was ignored. There are signs posted all through out Rolling Plains Detention Center to report any Prea violations for help, yet it took 25 hours or more before staff begun to take my report serious. Once it was seen I wouldent be silent did the facility then take me serious. I felt hopeless, degraded, emberressed, neglected dechantrized, abussed, belittled, Ashamed, ibetrayed, unsafe and fear for my life. I am suing LaSalle Correctional Institution Private owner and Staff that was named as defendant(s) for the Abuse, retaliation, and failure of my Due Process, Sexuality abuse. Sexuality assault, Sexuality harrassment. and discrimination due to me being a inmate. I am Seeking monatery relief and Prosecution agaist Correctional Officer Collier's Sexuality Desires of Acts no one is above the law, Especially Correctional officers whos Job is to protect inmates like me.

We followed every step and exausted every remidies, from reporting violations, grievances, letters to the OIG office letters to the Prea department in washington. I recieved no response to reportions of Sexual Aassault

January 3, 2025

Lisa Brown


LISA BROWN
Notary Public, State of Texas
Comm. Expires 01-26-2027
Notary ID 134168675

US POSTAGE PITNEY BOWES

$ 007.72⁰
ZIP 78837
02 7H
0000208924
JAN 21 2025

FIRST-CLASS

CERTIFIED MAIL

9589 0710 5270 2239 1092 54

Victor Antonio Coca #
Eden Detention Center
Po Box 1617
Eden Texas 76837

Northern District - Abilene
United States District Clerks Office

500 Chestnut Street Suite 601

Abilene Texas 79602

RECEIVED

JAN 2 4 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS